Argued September 23, affirmed October 4, 1976

In the Matter of the Dissolution of the Marriage of
KASSELL, *Appellant,*
*and*
KASSELL, *Respondent.*
(No. 91602, CA 6248)

554 P2d 634

*David W. Hittle,* Salem, argued the cause for appellant. With him on the brief were Dye & Olson, Salem.

*David Price,* Salem, argued the cause for respondent. On the brief was Jerry Kleen, Salem.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM

## PER CURIAM

In this dissolution-of-marriage proceeding the husband contends that the property division decreed by the trial court was inequitable and that the trial court erred in allowing the wife $200 on account of attorney fees. We do not agree with either contention.

Affirmed. No costs to either party.